UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN DIARRA McSWAIN,

    Plaintiff,

v.

    Case No. 22-cv-10755
    Hon. Matthew F. Leitman

BRIAN R. GAGNIUK,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**;

and

It is **CERTIFIED** that any appeal cannot be taken in good faith.

    KINIKIA ESSIX
    CLERK OF COURT

    By:    s/Holly A. Ryan
               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 13, 2022
Detroit, Michigan